# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY JOHN DANIELS JACKSON,<br>    Plaintiff | Civil No. 3:15-cv-00049 |
|  | (Judge Mariani) |
| v. |  |
| COMMONWEALTH OF<br>PENNSYLVANIA, *et al.*,<br>    Defendants |  |

## ORDER

**AND NOW**, this 17th day of March, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment is **GRANTED**. (Doc. 19).

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. The complaint against Defendants Green and Gilbert is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge